**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Gregg Johnson,**

    **Plaintiff,**

    **v.**

**Lunna Loans,**
*et al.,*

    **Defendants.**

**Case No. 2:25-cv-850**

**Judge Michael H. Watson**

**Magistrate Judge Shimeall**

## <u>OPINION AND ORDER</u>

Gregg Johnson ("Plaintiff") moves to dismiss with prejudice his claims against Swift Debt Relief, Inc.  Mot., ECF No. 13.

Federal Rule of Civil Procedure 21 permits a court to, "[o]n motion or on its own, . . . at any time, on just terms, add or drop a party."

The Court finds that Plaintiff's motion was properly made pursuant to Rule 21 and **GRANTS** the same.  Plaintiff's claims against Defendant Swift Debt Relief are **DISMISSED WITH PREJUDICE**.

The Clerk shall terminate ECF No. 13 as a pending motion and terminate Swift Debt Relief as a Defendant.

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**